# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>            Plaintiff,<br><br>    vs.<br><br>S. HERRERA, et al.,<br><br>            Defendants. | ) 1:13-cv-01884 DLB PC<br>)<br>) ORDER GRANTING MOTION FOR<br>) EXTENSION OF TIME<br>) [ECF No. 15]<br>)<br>) ORDER FINDING CERTAIN CLAIMS<br>) COGNIZABLE AND DISMISSING<br>) CERTAIN CLAIMS AND DEFENDANTS<br>) |

Plaintiff Juan Jaimes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed this action on November 21, 2013.[1]

On October 17, 2014, the Court screened Plaintiff's Complaint and found that it stated the following claims: 1) excessive force in violation of the Eighth Amendment against Defendants Herrera, Lozano, and Torres; 2) failure to protect in violation of the Eighth Amendment against Defendant Torres; and 3) battery against Defendants Herrera and Lozano.  The Court ordered Plaintiff to file an amended complaint or notify the Court of his willingness to proceed only on these claims.

On November 17, 2014, Plaintiff filed a motion for extension of time.  The Court granted the motion on November 21, 2014.  On December 29, 2014, Plaintiff filed a second motion for

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on December 6, 2013.

1

extension of time.  On January 23, 2015, Plaintiff notified the Court that he wanted to proceed only on the cognizable claims identified above.  Accordingly, the Court issues this Order to dismiss the remaining claims and Defendants.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time of December 29, 2014, is GRANTED *nunc pro tunc* to January 23, 2015;

2. This action proceed on the following claims: 1) excessive force in violation of the Eighth Amendment against Defendants Herrera, Lozano, and Torres; 2) failure to protect in violation of the Eighth Amendment against Defendant Torres; and 3) battery against Defendants Herrera and Lozano; and

3. The remaining claims, as well as Defendants Harden, Molina, Akanno, Moreno, and Buschbacker, are DISMISSED from this action.

IT IS SO ORDERED.

Dated:  **February 11, 2015**         /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE