# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>        Plaintiff,<br><br>    v.<br><br>S. HERRERA, et al.,<br><br>        Defendants. | Case No. 1:13-cv-01884 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBSTITUTION<br>[ECF No. 29]<br><br>ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR SUBSTITUTION WITH PROPER INFORMATION OF PARTY<br>[30 DAY DEADLINE] |

Plaintiff Juan Jaimes, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 21, 2013. This action is proceeding on the following claims: (1) excessive force in violation of the Eighth Amendment against Defendants Herrera, Lozano and Torres; (2) failure to protect in violation of the Eighth Amendment against Defendant Torres; and (3) battery against Defendants Herrera and Lozano. The United States Marshal was directed to initiate service of the complaint on March 10, 2015. Defendants Herrera and Lozano waived service and filed a motion to dismiss on May 19, 2015. The summons for Defendant Torres was returned unexecuted with information that Defendant Torres was deceased. Defendants Herrera and Lozano filed a notice of death of Defendant Torres on May 19, 2015.

On June 29, 2015, Plaintiff filed a motion for substitution of parties pursuant to Fed. R. Civ. P. § 25(a). Plaintiff does not, however, identify a party for substitution. While Plaintiff

may seek to substitute the proper party for Defendant Torres under Rule 25(a), it is Plaintiff's responsibility to identify the party, make the substitution, and provide sufficient information for the Marshal to locate the party for service.  Neither the Court nor the Marshal may conduct an investigation on Plaintiff's behalf to determine this information.  The Court will allow Plaintiff the opportunity to substitute the proper party in light of Defendant Torres' death and provide that party's address for service.  If Plaintiff fails to make the proper substitution and provide a current address for service within thirty (30) days of the date of service of this order, Defendant Torres will be dismissed from this action.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for substitution is DENIED;

2. Plaintiff is GRANTED thirty (30) days from the date of service of this order to file a motion for substitution and provide the appropriate substitution and current address for service.  If Plaintiff fails to make the proper substitution and provide a current address for service, Defendant TORRES shall be dismissed from this action.

IT IS SO ORDERED.

Dated:   **September 1, 2015**           /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE