# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HERRERA, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-01884 LJO DLB PC<br><br>ORDER DISMISSING DEFENDANT TORRES FROM ACTION |

　　　Plaintiff Juan Jaimes, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 21, 2013. This action is proceeding on the following claims: (1) excessive force in violation of the Eighth Amendment against Defendants Herrera, Lozano and Torres; (2) failure to protect in violation of the Eighth Amendment against Defendant Torres; and (3) battery against Defendants Herrera and Lozano. The United States Marshal was directed to initiate service of the complaint on March 10, 2015. Defendants Herrera and Lozano waived service and filed a motion to dismiss on May 19, 2015. The summons for Defendant Torres was returned unexecuted with information that Defendant Torres was deceased.  Defendants Herrera and Lozano filed a notice of death of Defendant Torres on May 19, 2015.

　　　On June 29, 2015, Plaintiff filed a motion for substitution of parties pursuant to Fed. R. Civ. P. § 25(a).  Plaintiff did not, however, identify a party for substitution.  Plaintiff was advised

that it was his responsibility to identify the party for substitution, make the substitution, and provide sufficient information for the Marshal to locate the party for service. Plaintiff was provided the opportunity to substitute the proper party in light of Defendant Torres' death and provide the party's address for service. Plaintiff was advised that failure to make the proper substitution and provide a current address for service within thirty (30) days of the date of service of the order would result in Defendant Torres being dismissed from this action. Over thirty (30) days have passed and Plaintiff has failed to make the proper substitution.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendant TORRES is DISMISSED from this action.

IT IS SO ORDERED.

Dated:   **October 27, 2015**                    /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE