1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11

JUAN JAIMES,

12

        Plaintiff,

13

    v.

14

S. HERRERA, et al.,

15

        Defendants.

16

Case No. 1:13-cv-01884 LJO DLB PC

ORDER ADOPTING FINDINGS AND
RECOMMENDATION AND GRANTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S STATE LAW CLAIMS

17    Plaintiff Juan Jaimes, a state prisoner proceeding pro se and in forma pauperis, filed this

18 civil rights action pursuant to 42 U.S.C. § 1983 on November 21, 2013. The matter was referred

19 to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20 This action is proceeding on the following claims: (1) excessive force in violation of the Eighth

21 Amendment against Defendants Herrera and Lozano; and (2) battery against Defendants Herrera

22 and Lozano.

23    On August 11, 2015, the Magistrate Judge issued Findings and Recommendations that

24 recommended Defendants' motion to dismiss Plaintiff's state law claims as untimely be

25 GRANTED and Plaintiff's state law claims be DISMISSED WITH PREJUDICE. The Findings

26 and Recommendations were served on all parties and contained notice that any objections were

27 to be filed within thirty (30) days. Over thirty days have passed and no party has filed

28 objections.

1

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

2 a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the

3 Findings and Recommendations are supported by the record and by proper analysis.

4     Accordingly, IT IS HEREBY ORDERED that:

5 1.    The Findings and Recommendations, filed August 11, 2015, are ADOPTED in full;

6 2.    Defendant's motion to dismiss Plaintiff's state law claims is GRANTED;

7 3.    Plaintiff's state law claims are DISMISSED WITH PREJUDICE; and

8 4.    This action SHALL PROCEED on Plaintiff's claim of excessive force in violation of the

9 Eighth Amendment against Defendants Herrera and Lozano.

10

11 IT IS SO ORDERED.

12    Dated:   **October 30, 2015**                    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28