# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>        Plaintiff,<br><br>   v.<br><br>S. HERRERA, et al.,<br><br>        Defendants. | Case No.  1:13-cv-01884 LJO DLB PC<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO PREPARE TRANSCRIPT ON APPEAL AND FORWARD PERTINENT DOCUMENTS<br><br>[ECF No. 53] |

Plaintiff Juan Jaimes, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 21, 2013.

On November 25, 2015, Plaintiff filed a notice of appeal of the Court's order granting Defendants' motion to dismiss Plaintiff's state law claims, and the appeal was processed to the Ninth Circuit Court of Appeal on the same date.

On January 21, 2016, Plaintiff filed a request to prepare the transcript on appeal and forward all pertinent documents to the Ninth Circuit.  Plaintiff's request is moot, since as noted above, the Court has already processed the appeal to the Ninth Circuit and submitted all relevant documentation.  Moreover, the appeal was dismissed by the Ninth Circuit on January 26, 2016.

///

///

///

1

**ORDER**

Accordingly, Plaintiff's request to prepare the transcript on appeal and forward all pertinent documents is DENIED as moot.

IT IS SO ORDERED.

Dated: **January 29, 2016**         /s/ Dennis L. Beck
                               UNITED STATES MAGISTRATE JUDGE