# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HERRERA, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-01884 LJO DLB PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE<br><br>[ECF No. 60] |

　　　Plaintiff Juan Jaimes, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 21, 2013.

　　　On April 25, 2016, Defendants filed a motion seeking leave to conduct Plaintiff's deposition by videoconference.  Pursuant to the discovery and scheduling order filed on January 29, 2016, Defendants were granted leave to depose Plaintiff as long as the notice of deposition is served fifteen days before the deposition.  Fed. R. Civ. P. 30(a)(2)(B).  Defendants now seek leave to depose Plaintiff by videoconference due to budgetary considerations.  Fed. R. Civ. P. 30(b)(4).  Defendants' counsel is located in Sacramento, California while Plaintiff is incarcerated approximately seven hours away in Crescent City, California.

　　　The Court has the discretion to permit a deposition by remote means.  Fed. R. Civ. P. 30(b)(4).  In this case, the Court finds deposition by videoconference to be reasonable and appropriate under the circumstances.

1  Accordingly, Defendants' motion for leave to depose Plaintiff by videoconference, filed
2  on April 25, 2016, is HEREBY GRANTED.  Fed. R. Civ. P. 30(b)(4).

IT IS SO ORDERED.

Dated: **April 27, 2016**  　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE