# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HERRERA, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01884 LJO DLB PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DEEM REQUESTS ADMITTED<br><br>[ECF No. 65] |

　　　　Plaintiff Juan Jaimes ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. Plaintiff filed this action on November 21, 2013.

　　　　On January 29, 2016, the Court issued a Discovery and Scheduling Order.  On June 27, 2016, Defendants filed a motion to deem requests admitted.  Plaintiff did not oppose the motion.  Therefore the matter is deemed submitted.

**DISCUSSION**

　　　　Pursuant to Rule 36(a)(1) of the Federal Rules of Civil Procedure, "[a] party may serve on any other party a written request to admit, for purposes of the pending action only, the truth of any matters within the scope of Rule 26(b)(1). . . ."  Under Rule 36(a)(3), the "matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney."

In their motion of June 27, 2016, Defendants state they served Plaintiff with requests for admission on May 24, 2016. Defendants state that Plaintiff has failed to object or respond to those requests. Rule 36(a) is clear. If a party upon whom a request for admissions was served fails to timely respond, the matters are admitted. Therefore, the matters are deemed admitted by Plaintiff's failure to file a timely response.

## ORDER

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit the matters contained in their request for admissions, served on May 24, 2016, and attached as Exhibit 1 to Defendants' motion, is GRANTED, and the matters are ADMITTED under Rule 36(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **July 29, 2016**              /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE