IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN JAIMES,** | Case No. 1:13-cv-01884 LJO DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **S. HERRERA, et al.,** | |
| Defendants. | |

The Court has considered Defendants' request for a modification of the dispositive motion deadline. Good cause appearing for that request, the Defendants shall have until September 14, 2016 to file their motion for summary judgment.

IT IS SO ORDERED.

Dated:   **August 24, 2016**             /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

1